18 MJ 31 SLC

COUNTY OF DANE           )
                         ) ss
STATE OF WISCONSIN       )

## AFFIDAVIT

I, Ross D. Hinckley, first being duly sworn under oath, hereby depose and state as follows:

1.    I am a United States Postal Inspector and have been continuously employed as a sworn Federal Agent for the United States Postal Inspection Service, since September 2003. I am currently a member of the Milwaukee Mail Theft and Violent Crimes Team and domiciled in Madison, Wisconsin. As a Postal Inspector, my duties are to investigate violations of postal law as it relates to mail theft, identity theft and crimes against employees of the Postal Service. Additionally, my responsibilities include the investigation of the unlawful use of the U.S. Mail for criminal activity, including the transportation of contraband materials through the U.S. Mail. As part of my experience, I received twelve weeks of Basic Inspector Training at the Career Development Division located in Potomac, Maryland, that provided instruction on investigative techniques and narcotics investigations. Furthermore, in the course of assisting in past investigations, I have spoken with other Postal Inspectors who have substantial experience related to investigating schemes that utilize the U.S. Mail, and the evidence that can be obtained as a result.

2.    I have a four-year Bachelor Degree in Sociology with an emphasis in Criminal Justice from the University of Wisconsin – River Falls. I have received instruction in the identification, collection and preservation of evidence, photography,

latent print collection and crime scene investigations. I have completed thousands of hours of criminal investigations – compiling information, interviewing victims, witnesses and suspects and collecting evidence to support the filing of criminal complaints. I have worked with other experienced Postal Inspectors, Law Enforcement Officers and Supervisors and have gained valuable knowledge and experience from them. I have prepared and assisted in the planning and service of numerous search warrants. As a federal law enforcement officer, I am authorized to investigate violations of laws of the United States and authorized to execute search and arrest warrants under the authority of the United States.

3. The information contained in this affidavit is based on my personal investigation and information provided by other investigators in this case. Also, my statements and conclusions in this affidavit are based on my training and experience and on information relayed to me by other federal, state, and local law enforcement officers.

4. Based on the information in this affidavit, I submit there is probable cause to believe that on or about February 13, 2018, Michael Schoenmann possessed with intent to distribute a mixture or substance containing a detectable amount of 4-fluoroisobutyryl fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## PROBABLE CAUSE

5. On January 31, 2018, I was contacted by Boscobel, Wisconsin Police Chief Todd Stenner regarding a fentanyl overdose case. Chief Stenner told me that on

January 29, 2018, he spoke with Charlotte County, Florida Sheriff's Detective Joseph Scott who was requesting information and assistance on a death investigation. Detective Scott informed Chief Stenner that ████████, a Florida resident, had died as a result of a nasal spray containing a fentanyl derivative which was mailed in a brown manila envelope with a return address of J & J Sewing, P.O. Box 8, Boscobel, WI 53805.

6. The suspect mailing occurred on December 18, 2017, out of the Hollandale, Wisconsin area to Port Charlotte, Florida. The package was received by the deceased subject on December 26, 2018. According to reports from Charlotte County Sheriff's Department, within approximately 25 minutes of receiving the package, the victim went into respiratory distress and died. The deceased subject's fiancé was interviewed by responding Charlotte County personnel. She said the deceased, ████████ ████, told her the manila envelope contained a nasal spray for mold, which he had been exposed to at work.

7. During the course of the Charlotte County Sheriff's Department investigation of ████ death, a check of his pants pockets revealed a white bottle marked "Alpha Prescription Strenth Nasal Cleanser and Decongestant." The nasal spray was field tested for opiates; however, the field test was negative. It was sent to the Florida Department of Law Enforcement (FDLE) for further testing. On January 26, 2018, the FDLE reported back the preliminary analysis on the nasal spray contents. The liquid tested positive for a fentanyl derivative.

8. During the course of Chief Stenner's investigation, it was discovered the return address used in the fentanyl mailing is not associated to the legitimate business

3

that uses that name and return address. The return label is a generic printing label and J & J Sewing provided a real mailing label.

9. The US Postal Inspection Service conducted an analysis of the mailing label associated to this overdose death in Port Charlotte, Florida. The label is believed to be connected to a dark web purchase of a synthetic opioid. The number associated to the parcel is 9114 9014 9645 1377 3395 34. Using United States Postal System (USPS) tools, analysts were able identify 199 additional label tracking numbers attributable to the Wisconsin mailer associated to the Florida overdose death. The identified tracking numbers have been used between December 16, 2017 and January 24, 2018. Based on USPS records, the suspect fentanyl mailings are being sent from United States Postal Service Collection boxes in Mazomanie, Spring Green, Gotham, Lone Rock, Madison, Hollandale and Dodgeville, Wisconsin.

10. Using the data and information provided by USPIS analysts, I conducted a review of the tracking information on several suspect fentanyl parcels. I was able to obtain internet protocol (IP) information on several parcels that had been tracked. This information was shared with DEA Task Force Office Scott Lack and DEA Analyst Brad Shinnick. Administrative subpoenas were issued to internet providers. On February 14, 2018, DEA Analyst Shinnick informed me that Frontier Communications had provided subscriber information on several IP addresses and session times. The customer's name is Michael Schoenmann with an account address of 518 W Division St, Dodgeville, WI.

11.   In the meantime, I had been in contact with US Postal Inspector Tyler Fink from the Milwaukee domicile. Inspector Fink informed me he had a "mail watch" on 4837 W Terry Ave, Milwaukee, WI. Furthermore, Inspector Fink told me that on June 1 and November 28, 2017, Postal Inspectors seized parcels destined for this address that contained fentanyl derivatives. I reviewed the label analysis report previously prepared by Inspection Service analysts and noticed this address had suspect fentanyl parcels delivered on 12/18/17, 12/19/17, 12/29/17, 1/25/18 from the possible Wisconsin vendor.

12.   On February 16, 2018, Inspector Fink intercepted a parcel addressed to 4837 W Terry Ave, Milwaukee, WI. A search warrant was signed by US Magistrate Judge David Jones on February 20, 2018. The parcel was a "6" x 9" Duck Brand manila colored mailer with a pre-printed label with postage paid using the on-line program Shippo.com. The package listed a weight of 4 oz. and a shipping date of February 13, 2018. Postal records indicate that the parcel was mailed from Spring Green, Wisconsin on February 14, 2018. The parcel contained a nasal spray labeled "Alpha Prescription Strenth Nasal Cleanser and Decongestant." This container was sent to the Wisconsin State Crime Lab in Milwaukee where it was revealed to contain 4-fluoroisobutyryl fentanyl by Wisconsin State Crime Lab analyst ▌▌▌▌▌. I spoke to an individual employed at DEA Diversion who told me that 4-fluoroisobutyryl fentanyl is a Schedule I controlled substance. The label on this container is the same label on the nasal spray found in the pants pocket of the deceased in Port Charlotte, FL.

13.     A search warrant was executed on February 21, 2018, at 4837 W Terry Ave, Milwaukee, WI. Recovered during the search was a previous parcel bearing tracking number 9114 9014 9645 1377 3384 07. This parcel is part of the label analysis report. Also recovered were 3 nasal spray bottles; 2 of which had the label "Alpha Prescription Strenth Nasal Cleanser and Decongestant" label applied. An interview was conducted with the parcel's intended recipient. That person provided detailed information on their dark web usage and which dark web internet site they frequent. Additionally, the parcel's intended recipient told us the vendor they use is named "U4IA." A review of "U4IA's" vendor site revealed they sell fentanyl nasal spray in three different strengths.

14.     On Tuesday, March 6, 2018, US Postal Inspector ▮▮▮ made an undercover purchase of fentanyl from the dark web site "Wall Street" from vendor U4IA. ▮▮▮ ordered 30 "milligrams" of fentanyl nasal spray. Inspector ▮▮▮ paid $220.50 in bitcoins for the purchase. Inspector ▮▮▮ told me at 3:55 p.m. this same day that vendor U4IA left a message in their chat history stating "it goes out today and you are not far from me." Based on this information, I asked Detective Severson to begin surveillance at 518 W Division St, Dodgeville, WI and told him that I would be in route.

15.     As I was arriving in Dodgeville, WI at 4:48 p.m., Detective Severson called me and told me that Schoenmann had just left his residence carrying a bag and got into his truck, a Ford F150 with WI plate FQ4703. Detective Severson remained in contact with me and told me that Schoenmann drove to the Springate Shopping Mall and then briefly went through the drive-through at Old National Bank in Dodgeville. In the

meantime I set up surveillance at Culver's across from the Dodgeville US Post Office on North John Street. When Schoenmann left the bank, Detective Severson told me that it appeared Schoenmann was headed towards the Post Office. At 4:54 p.m. I saw Schoenmann turn off of US Highway 18 onto North John Street and head towards the Post Office. I recognized Schoenmann and his truck from the "Hallada" dealer paper plate on the front of the truck. Schoenmann turned into the Post Office and he drove through the lot and around to the U.S. Post Office outside collection boxes. I saw Schoenmann stop in front of the mail collection box and reach outside his driver's side window with motions someone would make if they were mailing something.

16.  After Schoenmann left the area, Detective Severson and I went to the Post Office and requested that someone retrieve the items from the box while we waited inside. When the mail was brought in, I removed four, 6" x 9" Duck Brand manila mailers from the mail that was retrieved from the box. All four mailers had the same return address as the parcels seized on March 5, 2018 by me. One of the four parcels I seized had the delivery address of "Michael Olsen", PO Box 66389, Chicago, IL 60666-0389 - the address given to dark web vendor U4IA when Inspector ▮▮▮▮ made the undercover fentanyl purchase described in paragraph 14.

17.  Pursuant to a federal search warrant, I searched the four parcels described in paragraph 16, and each contained nasal spray bottles with the same label as that found on the Florida package described in paragraph 7, and the Milwaukee package described in paragraph 12, specifically "Alpha Prescription Strenth Nasal Cleanser and Decongestant."

18. On March 8, 2018, I participated in the execution of a federal search warrant at Schoenmann's residence, 518 W Division Street, Dodgeville, WI. Among other things, officers found stacks of labels with "Alpha Prescription Strenth Nasal Cleanser and Decongestant" printed on them, several 6" x 9" Duck Brand manila mailers, four ounces of an unknown white powdery substance, white plastic nasal spray bottles, and a list of addresses on a computer that included 4837 W. Terry Ave, Milwaukee, WI.

## CONCLUSION

19. Based on the information set forth in this affidavit, I submit there is probable cause to believe that on February 13, 2018, Michael Schoenmann possessed with intent to distribute a mixture or substance containing a detectable amount of 4-fluoroisobutyryl fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). Specifically, Schoenmann possessed with intent to distribute the 4-fluoroisobutyryl fentanyl mailed on or about February 14, 2018, to 4837 W. Terry Ave, Milwaukee, WI, and seized by PI [redacted] on February 16, 2018.

Ross D. Hinckley
United States Postal Inspector

Subscribed to and sworn before me this 12th day of March 2018.

Honorable Stephen L. Crocker
United States Magistrate Judge